**Order entered May 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01553-CV

**PHYLLIS SLICKER, Appellant**

**V.**

**WILLIAM SLICKER AND LESLIE G. MARTIN, P.C., Appellees**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

### ORDER

Before the Court is court reporter Francheska Duffey's May 1, 2020 letter informing the Court appellant has not paid for the reporter's record. Accordingly, we **ORDER** appellant to file, no later than May 14, 2020, written verification of payment for the record. We caution appellant that failure to comply may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/ KEN MOLBERG
JUSTICE